E-FILING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-8-90142 MISC RS |
| Plaintiff, ) No. | |
| ) | [PROPOSED] ORDER APPOINTING |
| v. ) | CJA PANEL ATTORNEY, |
| ) | PRE-CHARGE |
| ) | |
| DAVID SCOTT BOVINO, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that CJA panel counsel is appointed to represent Mr. David Bovino, pre-charge. The Federal Public Defender is ordered to locate panel counsel for Mr. Bovino.

Dated: 3/28/08

RICHARD SEEBORG
United States Magistrate Judge

★ CJA 23 submitted

ORDER APPOINTING COUNSEL