E-FILING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCOTT BOVINO,<br><br>Defendant. | No. CR-8-90142 MISC RS<br><br>[PROPOSED] ORDER APPOINTING<br>CJA PANEL ATTORNEY,<br>PRE-CHARGE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that CJA panel counsel is appointed to represent Mr. David Bovino, pre-charge. The Federal Public Defender is ordered to locate panel counsel for Mr. Bovino.

Dated: 3/28/08

RICHARD SEEBORG
United States Magistrate Judge

✱ CJA23 submitted

ORDER APPOINTING COUNSEL